UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 8:24-cv-02603-JVS-ADS | Date | March 11, 2025 |
|---|---|---|---|
| Title | 431 S Almont LLC v. City of Beverly Hills | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS]** <u>Order Regarding Order to Show Cause why the related cases should not be consolidated</u>

    Plaintiff 431 S Almont ("Almont") has two pending cases with this Court: (1) Case No. 8:24-cv-02031-JVS-ADS and (2) Case No. 8:24-cv-02603-JVS-ADS. During the March 10, 2025 hearing, the Court asked the parties to consolidate the two cases. While Almont supported the consolidation and agreed to file a single amended complaint, Defendant City of Beverly Hills opposed.

    As a result, the Court issues this order to show cause ("OSC"). The Court **ORDERS** City of Beverly Hills to show in writing by no later than March 17, 2025 why the Court should not consolidate the cases. Almont has until March 24 to file its responsive brief.

    During the hearing, the Court also granted Almont leave to amend its Complaint. Accordingly, the Court **VACATES** the March 24, 2025 scheduling conference, to be reset after Almont files an amended complaint.